1058

[Nos. 19208–6–I; 19345–7–I.   Division One.   March 13, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WALLACE
BORNINKHOF, *Appellant.*

Appeals from a judgment of the Superior Court for King
County, No. 86–1–01207–5, Frank L. Sullivan, J., entered
August 29, 1986. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Pekelis, J.

[No. 20125–5–I.   Division One.   March 13, 1989.]

KATHRYN S. BURKE, ET AL, *Respondents,* v. RENTON MORTGAGE & ESCROW, INC., ET AL, *Defendants,* WELDON
THOMPSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 847617, Sharon S. Armstrong, J., entered February 24, 1987. *Affirmed* by unpublished opinion per
Carroll, J. Pro Tem., concurred in by Scholfield and
Pekelis, JJ.

[No. 20325–8–I.   Division One.   March 13, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ERIC JENOA
KINNON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 86–1–00743–8, Stephen M. Reilly, J., entered
April 24, 1987. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Coleman, C.J., and Pekelis, J.